**UNITED STATES of America,**
**Appellee,**

v.

**Amesheo D. CANNON, Appellant.**

**No. 01–3717.**

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 6, 2002.

Filed Sept. 12, 2002.

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

Before BOWMAN, LOKEN, and MURPHY, Circuit Judges.

PER CURIAM.

Amesheo D. Cannon pleaded guilty to distributing cocaine base, in violation of 21 U.S.C. § 841(a)(1). The district court[1] found that Cannon was a career offender under U.S.S.G. § 4B1.1, based on prior assault and burglary convictions, and sentenced him to 168 months imprisonment and 3 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing the district court erred in finding Cannon was a career offender because his burglary conviction was not a crime of violence.

Cannon was convicted of second-degree burglary of an auto sales building. We previously have held that burglary of a commercial building is a crime of violence for purposes of the career-offender guideline. *See United States v. Peltier,* 276 F.3d 1003, 1006 (8th Cir.2002), *petition for cert. filed* (U.S. June 7, 2002) (No. 01–10767). Further, following our independent review, *see Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The HONORABLE SCOTT O. WRIGHT, United States District Judge for the Western District of Missouri.